THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO.09-133-CG-C |
| $1,711.00, more or less, in U. S. Currency, | * |
| Defendant. | * |

## JUDGMENT

In accordance with the order entered this date, the defendant, $1,711.00, more or less, in U.S. Currency, is forfeited to the plaintiff, the United States of America, for disposition according to law.

**DONE** and **ORDERED** this 31st day of July, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE